

**SO ORDERED.**
**SIGNED this 29th day of September, 2016**


Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| IN RE:<br><br>    James T. Reynolds, Sr.,<br><br>        Debtor.<br>_____ | Chapter 7<br><br>CASE NO. 3:16-bk-31413 SHB |
| Federal Trade Commission; and the States of Alabama; Alaska; Arizona; Arkansas; California; Colorado; Connecticut; Delaware; Florida; Georgia; Hawaii; Idaho; Illinois; Indiana; Iowa; Kansas; Kentucky; Louisiana; Maine; Maryland; Massachusetts; Michigan; Minnesota; Mississippi; Missouri; Montana; Nebraska; Nevada; New Hampshire; New Jersey; New Mexico; New York; North Carolina; North Dakota; Ohio; Oklahoma; Oregon; Pennsylvania; Rhode Island; South Carolina; South Dakota; Tennessee; Texas; Utah; Vermont; Virginia; Washington; West Virginia; Wisconsin; and Wyoming; and the District of Columbia,<br><br>        Plaintiffs,<br><br>  v.<br><br>James Reynolds, Sr.,<br><br>        Debtor/Defendant. | ADVERSARY NO. 3:16-ap-03024-SHB<br><br><br>**STIPULATED JUDGMENT FOR NONDISCHARGEABILITY OF DEBT OWED TO FEDERAL TRADE COMMISSION, ALL FIFTY STATES AND THE DISTRICT OF COLUMBIA** |

Plaintiffs the Federal Trade Commission ("FTC") and the states of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming, and the District of Columbia (collectively "Plaintiffs"), filed a Complaint to Determine Dischargeability of Debt Pursuant to Section 523(a)(2)(A) of the Bankruptcy Code, 11 U.S.C. § 523(a)(2)(A) (the "Complaint") against Debtor James Reynolds, Sr. ("Debtor" or "Reynolds, Sr."). Debtor waives service of the Summons and Complaint, and agrees to entry of a Stipulated Judgment for Non-dischargeability, as set forth herein.

## Findings

1.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 523.

2.      Venue in the Eastern District of Tennessee is proper under 28 U.S.C. § 1409(a).

3.      This Adversary Proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

4.      This Adversary Proceeding relates to *In re James Thomas Reynolds, Sr.*, No. 3:16-bk-31413-SHB (Bankr. E.D. Tenn.) now pending in this Court ("Bankruptcy Case"). Plaintiffs hold general unsecured claims against the Debtor pursuant to a Stipulation Re Order for Permanent Injunction and Monetary Judgment Against Cancer Fund of America, Inc., Cancer Support Services, Inc., and James Reynolds, Sr. (the "Stipulated Judgment") entered in the

United States District Court for the District of Arizona in a case styled *Federal Trade Commission; all Fifty States and the District of Columbia v. Cancer Fund of America., Inc., et al.*, Case No. 2:15-cv-00884-NVW (the "Enforcement Action").

5.     The Stipulated Judgment includes equitable monetary relief in favor of the Plaintiffs and against the Debtor and certain of his co-defendants, jointly and severally, in the amount of $75,825,653. Based upon financial statements and supporting documents provided by the Debtor to the Plaintiffs, and subject to the satisfaction of certain preconditions, the District Court conditionally suspended most of the monetary portion of the Stipulated Judgment. However, the District Court may reinstate the suspended monetary judgment in accordance with Sections VII.C.4-5 of the Stipulated Judgment.

6.     In Section VIII.C of the Stipulated Judgment, Debtor further agreed that the Stipulated Judgment was not dischargeable if he later filed a petition for relief in bankruptcy.

### Order

7.     Judgment is hereby entered in favor of the Plaintiffs and against the Debtor/Defendant, James Reynolds, Sr., determining that the Stipulated Judgment entered in the Enforcement Action, in the amount of $75,825,653 is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A). Further, pursuant to Sections VII.C.4 and VII.C.5 of the Stipulated Judgment, the judgment contained therein is conditionally suspended subject to reinstatement by the District Court.

8.     All other provisions of the Stipulated Judgment in the Enforcement Action, including the injunctive provisions, remain in full force and effect.

9.     Undersigned counsel of record in this action represent that they are fully authorized to execute and enter into this Stipulated Judgment for Nondischargeability on behalf

of the respective parties whom they represent and acknowledge they have authority to bind the

parties in the Adversary Proceeding.

SO ORDERED.


SO STIPULATED:

Date:  August ⎵⎵, 2016

_____
James T. Reynolds, Sr.

Date: September 28, 2016

_____
Kimberly L. Nelson
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Mail Stop CC-9528
Washington, DC 20580
(202) 326-3304 (tel.)
(202) 326-3197 (fax)
knelson@ftc.gov

Date:  August ⎵⎵, 2016

_____
John P. Newton
Mayer & Newton
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919
(865) 588-5111
(865) 588-6143 (fax)
johnnewton@mayerandnewton.com

*Counsel to the Debtor*

FOR THE STATE OF ALABAMA

By: *Tina Coker Hammonds*

Tina Coker Hammonds (ASB-6346-T64J)*
Assistant Attorney General
Office of Attorney General Luther Strange
501 Washington Avenue
Montgomery, Alabama 36130
thammonds@ago.state.al.us
Telephone:   (334)242-7300
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Alabama*
Signed August 19, 2016

**FOR THE STATE OF ALASKA**
By: _Cynthia C. Drinkwater_

Cynthia C. Drinkwater, AK Bar No. 8808159
Assistant Attorney General
Office of Attorney General Jahna Lindemuth
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
cynthia.drinkwater@alaska.gov
Telephone: (907) 269-5200
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Alaska*
Signed _August 29_, 2016

**FOR THE STATE OF ARIZONA**

By: _____

Nancy V. Anger (AZ Bar # 6810)*

Assistant Attorney General

Office of Attorney General Mark Brnovich

1275 West Washington

Phoenix, Arizona 85007-2997

nancy.anger@azag.gov

Telephone:   (602) 542-4686

*Application for *pro hac vice* pending

*Attorney for Plaintiff State of Arizona*

Signed _____, 2016

**FOR THE STATE OF ARKANSAS**
By: _____
John Alexander (AR Bar # 2015248)
Assistant Attorney General
Office of Attorney General Leslie Rutledge
323 Center St.
Suite 500
Little Rock, Arkansas 72201
John.alexander@arkansasag.gov
Telephone:   (501) 682-8063
Fax             (501) 682-8118
*Application for *pro hac vice* pending
*Attorneys for Plaintiff State of Arkansas*
Signed  August  12  , 2016

8

**FOR THE STATE OF CALIFORNIA**
By: _____
Sonja K. Berndt (CA Bar #131358)*
Deputy Attorney General
Office of Attorney General Kamala Harris
300 S. Spring St., Suite 1702
Los Angeles, California 90013
Sonja.berndt@doj.ca.gov
Telephone:    (213) 897-2179
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of California*
Signed _August 12_, 2016

**FOR THE STATE OF COLORADO**

By: _____

JOHN FEENEY-COYLE (CO Bar #44970)*
Assistant Attorney Geneal
Consumer Fraud Unit
Office of Attorney Geneal Cynthia H. Coffman
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
john.feeney-coyle@coag.gov
Telephone: (720) 508-6232
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Colorado*
Signed _August 16_____, 2016


**FOR THE STATE OF COLORADO**

By: _____

LEEANN MORRILL (CO Bar #38742)*
First Assistant Attorney General
Public Officials Unit
Office of Attorney General Cynthia H. Coffman
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
leeann.morrill@coag.gov
Telephone: (720) 508-6159
*Application for *pro hac vice* pending
*Attorney for Plaintiff Secretary of State Wayne Williams*
Signed _August 16_, 2016

FOR THE STATE OF CONNECTICUT

**GEORGE JEPSEN**
**ATTORNEY GENERAL**

By: _____
Gary W. Hawes (Juris No. 415091)*
Assistant Attorney General
Office of Attorney General
55 Elm Street, P.O.Box 120
Hartford, Connecticut 06141-0120
gary.hawes@ct.gov
Telephone: (860) 808-5020
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Connecticut*
Signed August 16, 2016

FOR THE STATE OF DELAWARE

By:

Gillian L. Andrews (DE Bar #5719)*
Deputy Attorney General
Delaware Department of Justice
Consumer Protection Unit
820 N. French Street
5th Floor
Wilmington, Delaware 19801
Gillian.andrews@state.de.us
Telephone:    (302) 577-8844
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Delaware*
Signed August 15 , 2016

**FOR THE STATE OF FLORIDA**
By: _____
William Armistead (FL Bar #88535)*
Assistant Attorney General
Florida Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399
William.Armistead@myfloridalegal.com
Telephone:   (850) 566-6913
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Florida*
Signed AUGUST 16 , 2016

**FOR THE STATE OF GEORGIA**
By:
Daniel Walsh (GA Bar # 735040)*
Senior Assistant Attorney General
Office of Attorney General Sam Olens
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
dwalsh@law.ga.gov
Telephone:    (404) 657-2204
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Georgia*
Signed August 17, 2016, 2016

**FOR THE STATE OF HAWAII**
By: _____ *Jodi L. Kimmi Yi* _____
Jodi L.K. Yi (HI Bar #6625)*
Deputy Attorney General
Office of Attorney General Douglas S. Chin
425 Queen Street
Honolulu, Hawaii 96813
Jodi.K.Yi@Hawaii.gov
Telephone:    (808) 586-1479
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Hawaii*
Signed August 12, 2016

**FOR THE STATE OF IDAHO**

By:

JANE HOCHBERG (ID Bar # 5465) *
Deputy Attorney General

Office of Attorney General Lawrence Wasden
Consumer Protection Division
954 W. Jefferson Street, 2nd Floor
PO Box 83720
Boise, Idaho 83720-0010
jane.hochberg@ag.idaho.gov
Telephone:    (208) 334-3553

*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Idaho*

Signed  August  15 , 2016

**FOR THE STATE OF ILLINOIS**

By: _____

Barry S. Goldberg (IL State Bar #6269821)*
Assistant Attorney General
Office of Attorney General Lisa Madigan
100 West Randolph Street, 11th Floor
Chicago, IL 60601
Email:    bgoldberg@atg.state.il.us
Telephone:   (312) 814-2595
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Illinois*
Signed ___August 15___, 2016

FOR THE STATE OF INDIANA

By: _____

Justin Hazlett (IN Bar # 22046-49)*

Deputy Attorney General

Interim Director, Consumer Protection Division

Office of Attorney General Gregory F. Zoeller

IGCS 5th Floor

302 West Washington Street

Indianapolis, Indiana 46204

justin.hazlett@atg.in.gov

Telephone:   (317) 232-0167

*Application for *pro hac vice* pending

*Attorney for Plaintiff State of Indiana*

Signed _____August 12_____, 2016

18

**FOR THE STATE OF IOWA**

By:

Steve St. Clair – Iowa Bar no. AT0007441*
Assistant Iowa Attorney General
Office of Attorney General Thomas J. Miller
Hoover Building, 2nd Floor
1305 East Walnut
Des Moines, Iowa 50319
steve.stclair@iowa.gov
Telephone:    (515) 281-5926
Fax: (515) 281-6771

*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Iowa*
Signed August 15, 2016

**FOR THE STATE OF KANSAS**

By: _____

Lynette R. Bakker (KS Bar # 22104)*
Assistant Attorney General
Office of Attorney General Derek Schmidt
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
lynette.bakker@ag.ks.gov
Telephone:    (785) 368-8451
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Kansas*
Signed August 15 , 2016

FOR THE COMMONWEALTH OF KENTUCKY

By: _____
Leah Cooper Boggs (KY Bar # 83471)*
Assistant Attorney General
Office of Attorney General Andy Beshear
1024 Capitol Asvenue
Suite 200
Frankfort, KY 40601
Leah.boggs@ky.gov
Telephone:   (502) 696-5389
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Kentucky*


Signed _____ , 2016

**FOR THE STATE OF LOUISIANA**

By: _Cathryn E. Gits_

Cathryn E. Gits LA Bar # 35144
Assistant Attorney General
Office of Attorney General Jeff Landry
1885 N. Third Street
Baton Rouge, Louisiana 70802
gitsc@ag.louisiana.gov
Telephone:   (225) 326-6414
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Louisiana*
Signed _august 15th_, 2016

**FOR THE STATE OF MAINE**

Janet T. Mills
Attorney General

By: *[signature]*

Carolyn A. Silsby (ME Bar # 3030)*
Assistant Attorney General
Office of Attorney General
Burton Cross Office Building
111 Sewall Street, 6th Floor
Augusta, Maine 04330
Carolyn.silsby@maine.gov
Telephone:   (207) 626-8829
*Application for *pro hac vice* pending
*Attorney for Plaintiff State of Maine*

Signed *[signature]* August 15, 2016

FOR THE STATE OF MARYLAND .
By:    _Josaphne B. Yuzuik_
Josaphine B. Yuzuik*
Assistant Attorney General
Office of Attorney General Brian E. Frosh
Office of the Secretary of State of Maryland
16 Francis Street
Annapolis, Maryland 21401
josaphine.yuzuik@maryland.gov
Telephone:    (410) 260-3855
*Application for pro hac vice pending
Attorney for Plaintiff State of Maryland
Signed August 19, 2016

FOR THE COMMONWEALTH OF
MASSACHUSETTS

MAURA HEALEY, ATTORNEY GENERAL


By: _____
Brett J. Blank (Mass. Bar No. 686635)*
Assistant Attorney General
Non-Profit Organizations/Public Charities Division
Office of Attorney General Maura Healey
One Ashburton Place, 18th Floor
Boston, MA 02108
brett.blank@state.ma.us
Telephone: (617) 727-2200

*Application for admission *pro hac vice* pending

*Attorney for Plaintiff Commonwealth of Massachusetts*


Signed August 12, 2016

FOR THE STATE OF MICHIGAN
By: _____
William R. Bloomfield (MI Bar #P68515)*
Assistant Attorney General
Office of Attorney General Bill Schuette
Corporate Oversight Division
P.O. Box 30755
Lansing, MI 48909
bloomfieldw@michigan.gov
Telephone:    (517) 373-1160
*Application for pro hac vice pending
Attorney for Plaintiff State of Michigan
Signed   August   12  , 2016

FOR THE STATE OF MINNESOTA
By:
Joshua Skaar
Assistant Attorney General
Atty. Reg. No. 0396711
Office of Attorney General Lori Swanson
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
*Josh.Skaar@ag.state.mn.us*
Telephone:   (651) 757-1004
*Application for pro hac vice pending
Attorney for Plaintiff State of Minnesota
Signed  *8/15*          , 2016

FOR THE STATE OF MISSISSIPPI
By:
Tanya Webber (MS Bar #99405)*
Assistant Secretary of State - Charities
Office of Secretary of State  C. Delbert Hosemann
Post Office Box 136
Jackson, Mississippi 39205
Tanya.Webber@sos.ms.gov
Telephone:   (601) 359-6742
*Application for pro hac vice pending
Attorney for Plaintiff State of Mississippi
Signed _August 15_, 2016

FOR THE STATE OF MISSOURI

By: _____

Robert Carlson MO Bar #54602
Senior Assistant Attorney General
Office of Attorney General Chris Koster
815 Olive St.
St. Louis, Missouri 63101
Bob.carlson@ago.mo.gov
Telephone:   (314) 340-6816
*Application for pro hac vice pending
Attorney for Plaintiff State of Missouri
Signed ____8/15____, 2016

FOR THE STATE OF MONTANA
By:  *Kelley L. Hubbard*
KELLEY L. HUBBARD (MT Bar # 9604)*
Assistant Attorney General
Office of Attorney General Tim Fox
PO Box 200151
555 Fuller Ave.
Helena, MT 59620-0151
khubbard@mt.gov
Telephone:   (406) 444-2026
*Application for pro hac vice pending
Attorney for Plaintiff State of Montana
Signed: August 12, 2016

FOR THE STATE OF NEBRASKA
By: _____
Daniel Russell (NE Bar 25302)*
Assistant Attorney General
Office of Attorney General Douglas J. Peterson
2115 State Capitol
PO Box 98920
Lincoln, Nebraska 68509
daniel.russell@nebraska.gov
Telephone:   (402) 471-1279
*Application for pro hac vice pending
Attorney for Plaintiff State of Nebraska
Signed August 12, 2016

FOR THE STATE OF NEW MEXICO

By:
Elizabeth Korsmo (NM Bar # 8989)*
Assistant Attorney General
Attorney General Hector Balderas
408 Galisteo St.
Santa Fe, New Mexico 87501
ekorsmo@nmag.gov
Telephone:    (505) 827-6000
*Application for pro hac vice pending
Attorney for Plaintiff State of New Mexico
Signed September 7, 2016

35

FOR THE STATE OF NEVADA

By: _____

JOANN GIBBS, NV Bar # 005324 *
CHIEF MULTISTATE COUNSEL
Office of Attorney General Adam Paul Laxalt
10791 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89135
jgibbs@ag.nv.gov
Telephone:   (702) 486-3789
*Application for pro hac vice pending
Attorney for Plaintiff State of Nevada
Signed *August 15*, 2016

FOR THE STATE OF NEW HAMPSHIRE

By: _____

Thomas J. Donovan  (NH Bar #664)*
Director of Charitable Trusts
Office of Attorney General Joseph A. Foster
33 Capitol Street
Concord, New Hampshire 03301
tom.donovan@doj.nh.gov
Telephone:   (603) 271-1288
*Application for pro hac vice pending
Attorney for Plaintiff State of New Hampshire
Signed August 15, 2016

FOR THE STATE OF NEW JERSEY

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY

By: _____

Erin M. Greene (NJ Bar#014512010) *
Deputy Attorney General

State of New Jersey
Office of Attorney General
Department of Law and Public Safety
Division of Law
124 Halsey Street - 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
erin.greene@dol.lps.state.nj.us

Telephone:  (973) 648-4846

 *Admission for pro hac vice pending

Attorney for Plaintiff State of New Jersey

Signed: __August 15__, 2016

34

FOR THE STATE OF NEW YORK
By: _____
Yael Fuchs (NY Bar # 4542684)*
Assistant Attorney General
Office of Attorney General Eric Schneiderman
120 Broadway
New York, New York 10271
email@email.gov
Telephone:    (212) 416-8391
*Application for pro hac vice pending
Attorney for Plaintiff State of New York
Signed ____Aug 16____, 2016

FOR THE STATE OF NORTH CAROLINA

By: _____

Creecy Johnson (NC Bar # 32619)*
Special Deputy Attorney General
Office of Attorney General Roy Cooper
114 W. Edenton Street
Raleigh, N.C. 27603
ccjohnson@ncdoj.gov
Telephone:   (919) 716-6000
*Application for pro hac vice pending
Attorney for Plaintiff State of North Carolina
Signed August 15, 2016

FOR THE STATE OF NORTH CAROLINA

By: _____

Daniel Snipes Johnson (NC Bar # 9289)*
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, N.C. 27602-0629
djohnson@ncdoj.gov
Telephone:   (919) 716-6620
*Application for pro hac vice pending
Attorney for North Carolina Department
of the Secretary of State
Signed August 15, 2016

**FOR THE STATE OF NORTH DAKOTA**

By: _____
Brian M. Card (NDID: 07917)*
Assistant Attorney General
Consumer Protection & Antitrust Division
Office of Attorney General
1050 E. Interstate Ave.
Ste. 200
Bismarck, ND 58503-5574
bmcard@nd.gov
Telephone:   (701) 328-5574
*Application for pro hac vice pending
Attorney for Plaintiff State of North Dakota
Signed August 12, 2016

FOR THE STATE OF OHIO

By: _Kristine L. Hayes_

Kristine L. Hayes (OH S.Ct. #0069778)*
Senior Assistant Attorney General
Office of Attorney General Mike DeWine
Charitable Law Section
150 E. Gay St., 23rd Floor
Columbus, Ohio 43215
Kristine.Hayesl@OhioAttorneyGeneral.gov
Telephone:    (614) 466-3181
*Application for pro hac vice pending
Attorney for Plaintiff State of Ohio
Signed August 17, 2016

FOR THE STATE OF OKLAHOMA
By: _Malisa McPherson_

Malisa McPherson (OK Bar # 32070)*
Assistant Attorney General
Office of Attorney General E. Scott Pruitt
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Malisa.mcpherson@oag.ok.gov
Telephone:   (405) 522-1015
*Application for pro hac vice pending
Attorney for Plaintiff State of Oklahoma
Signed _August 17th_, 2016

FOR THE STATE OF OREGON
By: *Heather L Weigler /s/ans*
Heather L. Weigler (OR BAR # 039500)
Senior Assistant Attorney General
Office of Attorney General Ellen F. Rosenblum
100 SW Market St.
Portland, Oregon 97201
Heather.l.weigler@doj.state.or.us
Telephone:    (971) 673-1910
*Application for pro hac vice pending
Attorney for Plaintiff State of Oregon
Signed Aug. 22, 2016

**BRUCE L. CASTOR, JR.**
First Deputy Attorney General

**JAMES A. DONAHUE, III**
Executive Deputy Attorney General
Public Protection Division

**MARK A. PACELLA**
Chief Deputy Attorney General

By: _____

**MICHAEL T. FOERSTER**
Senior Deputy Attorney General
Pa. Attorney ID 78766

Office of Attorney General
Charitable Trusts & Organizations Section
14th Floor – Strawberry Square
Harrisburg, Pennsylvania 17120
August 15, 2016

**EUGENE HERNE**
Senior Deputy Attorney General
Pa. Attorney ID 82033

FOR THE STATE OF RHODE ISLAND
By:
Genevieve M. Martin (RI Bar, Bar # 3918)*
Assistant Attorney General
Office of Attorney General Peter Kilmartin
150 South Main Street
Providence, Rhode Island 02903
gmartin@riag.ri.gov
Telephone:   (401) 274-4400
*Application for pro hac vice pending
Attorney for Plaintiff State of Rhode Island
Signed August 12, 2016

FOR THE STATE OF SOUTH CAROLINA
By:
Shannon A. Wiley (SC Bar # 69806)
General Counsel
Office of the Secretary of State
1205 Pendleton Street, Suite 525
Columbia, South Carolina 29201
Phone: (803) 734-0246
Email: swiley@sos.sc.gov
*Application for pro hac vice pending
Attorney for Plaintiff State of South Carolina
Signed August 12 , 2016

FOR THE STATE OF SOUTH DAKOTA

By: _____

Philip D. Carlson (SD Bar # 3913)*
Assistant Attorney General
Office of Attorney General Marty Jackley
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501
Phil.Carlson@state.sd.us
Telephone:   (605) 773-3215
*Application for pro hac vice pending
Attorney for Plaintiff State of South Dakota
Signed ___8__/_15_/_16___, 2016

FOR THE STATE OF TENNESSEE

By: _____

[JANET M. KLEINFELTER] (TN Bar# 13889)
Deputy Attorney General
Public Interest Division
Office of Attorney General Herbert H. Slatery, III
P.O. Box 20207
Nashville, TN 37202
Janet.kleinfelter@ag.tn.gov
Telephone:    (615) 741-7403
Attorney for Plaintiff State of Tennessee

Signed _August  22_ , 2016

FOR THE STATE OF TEXAS

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLY STAR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT
Division Chief, Consumer Protection Division

By: _____
Jennifer M. Roscetti (TX Bar # 24066685)*
Assistant Attorney General
Office of Attorney General Ken Paxton
300 West 15th Street
Austin, Texas 78701
Jennifer.Roscetti@texasattorneygeneral.gov
Telephone:   (512) 475-4183
*Application for pro hac vice pending
Attorney for Plaintiff State of Texas
Signed August 15, 2016

FOR THE STATE OF UTAH

By: _Jeffrey Buckner_ _____

Jeffrey Buckner (UT Bar # 4546)*
Assistant Attorney General
Sean D. Reyes (UT Bar # 7969)
Utah Attorney General
Utah Attorney General's Office
White Collar & Commercial Enforcement Division
160 E. 300 South, Fifth Floor
P. O. Box 140872
Salt Lake City, UT  84114-0872
Jbuckner@utah.gov
Telephone:    (801) 366-0105
*Application for pro hac vice pending
Attorney for Plaintiff State of Utah

Signed _Aug 30_____, 2016

FOR THE STATE OF VERMONT
By:
Todd W. Daloz (VT Bar # 4734)*
Assistant Attorney General
Office of Attorney General William H. Sorrell
109 State Street
Montpelier, Vermont 05609
todd.daloz@vermont.gov
Telephone:    (802) 828-4605
*Application for pro hac vice pending
Attorney for Plaintiff State of Vermont
Signed  Aug. 15th , 2016

FOR THE COMMONWEALTH OF VIRGINIA

By: _Richard S. Schweiker, Jr._

Richard S. Schweiker, Jr. (VA Bar # 34258)*
Senior Assistant Attorney General and Chief
Office of Attorney General Mark R. Herring
Consumer Protection Section
202 North 9th Street
Richmond, Virginia  23219
rschweiker@oag.state.va.us
Telephone:    (804) 786-5643
*Application for pro hac vice pending
Attorney for Plaintiff Commonwealth of Virginia
Signed _August 15_, 2016

FOR THE STATE OF WASHINGTON
By: _____
Leilani N. Fisher (WA Bar #48233)*
Assistant Attorney General
Office of Attorney General Bob Ferguson
800 5th Ave.
Ste. 2000
Seattle, Washington 98104
leilanif@atg.wa.gov
Telephone:   (206) 464-6098
*Application for pro hac vice pending
Attorney for Plaintiff State of Washington
Signed _August   15_, 2016

FOR THE STATE OF WEST VIRGINIA
By: _____
Michael M. Morrison (WV Bar #9822)*
Assistant Attorney General
Office of Attorney General Patrick Morrisey
P.O. Box 1789
Charleston, WV 25326
Matt.M.Morrison@wvago.gov
Telephone:   (304) 558-8986
*Application for pro hac vice pending

By: _____
Laurel K. Lackey (WV Bar #10267)
Assistant Attorney General
Counsel for SOS Natalie E. Tennant
269 Aikens Center
Martinsburg, WV 25404
Laurel.K.Lackey@wvago.gov
Telephone: (304) 267-0239
*Application for pro hac vice pending


Attorneys for Plaintiff State of West Virginia
Signed _August 18____, 2016

FOR THE STATE OF WISCONSIN


By: _____

Francis X. Sullivan (WI Bar #1030932)*
Assistant Attorney General
Office of Attorney General Brad D. Schimel
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
sullivanfx@doj.state.wi.us
Telephone: (608) 267-2222
*Application for pro hac vice pending
Attorney for Plaintiff State of Wisconsin
Signed August 19, 2016

FOR THE STATE OF WYOMING
By: _____
Benjamin M. Burningham (WY Bar # 7-5616)*
Assistant Attorney General
Office of Attorney General Peter K. Michael
Kendrick Building
2320 Capitol Ave.
Cheyenne, Wyoming 82002
ben.burningham@wyo.gov
Telephone:    (307) 777-5833
*Application for pro hac vice pending
Attorney for Plaintiff State of Wyoming
Signed _August 12_, 2016

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

By: _____
BRIAN R. CALDWELL (DC Bar # 979680)*
Assistant Attorney General
Office of Attorney General Karl A. Racine
441 Fourth Street, N.W., Suite 650-S
Washington, D.C. 20001
Telephone:   (202) 727-6211
Brian.caldwell@dc.gov

* Pro hac vice application pending

Attorney for Plaintiff District of Columbia

Signed: August 19, 2016

55